IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-2617-PSF-PAC

WILLIAM SANCHEZ,

    Plaintiff,

v.

MCI WORLDCOM NETWORK SERVICES, INC. ("MCI");
JEFFERY THOMAS; and
CARRIE ABIEHL,

    Defendants.

**ORDER ON JUNE 6, 2005 RECOMMENDATION OF
MAGISTRATE JUDGE AND ORDER TO SHOW CAUSE**

This employment matter comes before the Court on the Recommendation entered by the Magistrate Judge on June 6, 2005, in which she recommended granting in part and denying in part Defendant Thomas's Motion to Dismiss the Amended Complaint (Dkt. # 22); denying as moot Defendant Thomas's Motion to Dismiss the Original Complaint (Dkt # 6); and denying plaintiff's Motion for Default Judgment against defendant MCI as to original complaint (Dkt. # 13), plaintiff's Motion for Default Judgment as to Defendant Jeffery Thomas (Dkt. # 25), plaintiff's Motion for Default Judgment as to Defendant MCI as to Amended Complaint (Dkt. # 29) and plaintiff's Motion to Strike MCI's Answer to Amended Complaint (Dkt. # 33).

Pursuant to F.R.Civ.P. 72(b) and 28 U.S.C. § 636(b)(1), the parties had 10 days to file written objections to the recommendation.  More than 10 days have elapsed and no objections have been filed by any party.  The Court accepts the recommendations of

the Magistrate Judge as to each motion listed above for the reasons set forth in her Recommendation.

Defendant Thomas's Motion to Dismiss the Amended Complaint (Dkt. # 22) is GRANTED in part and DENIED in part, and all of plaintiff's claims against defendant Thomas are DISMISSED with prejudice with the exception of his claim purporting to assert a violation of the Family and Medical Leave Act, 29 U.S.C. § 2601, *et seq.* (FMLA).

Defendant Thomas's Motion to Dismiss the Original Complaint (Dkt # 6) is DENIED as moot.

The following motions are DENIED: plaintiff's Motion for Default Judgment against Defendant MCI as to original complaint (Dkt. # 13); plaintiff's Motion for Default Judgment as to Defendant Jeffery Thomas (Dkt. # 25); plaintiff's Motion for Default Judgment as to Defendant MCI as to Amended Complaint (Dkt. # 29) and plaintiff's Motion to Strike MCI's Answer to Amended Complaint (Dkt. # 33).

The Court notes that both plaintiff's original complaint filed December 20, 2004, and his Amended Complaint filed April 12, 2005, name as a defendant an individual named Carrie Abiehl. There is no indication that this individual has been serve with either complaint. Plaintiff is directed to show cause no later July 12, 2005, why the claims against Carrie Abiehl should not be dismissed without prejudice for failure to make service in accordance with F.R.Civ.P. 4(m).

DATED:   June 28, 2005

BY THE COURT:

s/ Phillip S. Figa

_____
Phillip S. Figa
United States District Judge

2