IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  04-cv-02617-PSF-PAC

WILLIAM SANCHEZ,

     Plaintiff(s),

v.

MCI;
JEFFERY THOMAS; and
CARRIE ABIEHL,

     Defendant(s).

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN

     Plaintiff e-mailed letters to the magistrate judge on June 30, 2005 and July 8, 2005 inquiring about defendant Thomas' obligation to answer plaintiff's Family and Medical Leave Act claim asserted in the Amended Complaint.

     Plaintiff states that the magistrate judge invited him to call or email if he had any questions about his case.  Plaintiff misunderstood the court's statements.  It is

     **HEREBY ORDERED** that plaintiff is not allowed to communicate *ex parte* with the magistrate judge, unless the magistrate judge orders plaintiff to contact her on matters pertaining directly to settlement negotiations.  *See* D.C.COLO.LCivR 77.2.

     Plaintiff is further advised, in response to his inquiry, that defendant Thomas filed an Answer to the Amended Complaint within ten days after the District Judge issued his June 28, 2005 Order on June 6, 2005 Recommendation of Magistrate Judge and Order to Show Cause, in compliance with Fed.R.Civ.P. 12(a)(4).  *See, also*, Fed.R.Civ.P. 6(a).

Dated:  July 14, 2005