IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  04-cv-02617-PSF-PAC

WILLIAM SANCHEZ,

    Plaintiff(s),

v.

MCI;
JEFFERY THOMAS; and
CARRIE ABIEHL,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Motion for Sanction Under Rule 11 by Plaintiff William Sanchez [filed July 20, 2005] is **denied** for failure to comply with D.C.Colo.LCivR 7.1.A.

Dated:  July 22, 2005