IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  04-cv-02617-PSF-PAC

WILLIAM SANCHEZ,

    Plaintiff(s),

v.

MCI;
JEFFERY THOMAS; and
CARRIE ABIEHL,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Scheduling Order including the Final Pretrial Conference set for January 6, 2006 is **vacated** as the parties have reached a settlement.

    IT IS **ORDERED** that counsel shall file their Stipulation for Dismissal with the Court on or before **September 7, 2005.**

    IT IS **FURTHER ORDERED** that Defendants' Motion for Sanctions Under Rule 11 by Defendants Jeffery Thomas and MCI Worldcom Services, Inc. [filed June 23, 2005, doc. 46] is **DENIED** as mooted by the parties' settlement.

Dated:  August 4, 2005