IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-2617-PSF-PAC

WILLIAM SANCHEZ,

      Plaintiff,

v.

MCI WORLDCOM NETWORK SERVICES, INC. ("MCI");
JEFFERY THOMAS; and
CARRIE ABIEHL,

      Defendants.

## ORDER GRANTING DISMISSAL WITH PREJUDICE

The Court having reviewed the parties' Stipulation for Dismissal With Prejudice (Dkt. # 63), filed in the above-referenced matter hereby

ORDERS that this case is DISMISSED WITH PREJUDICE.

DATED: September 15, 2005

                                          BY THE COURT:

                                          s/ Phillip S. Figa
                                          _____
                                          Phillip S. Figa
                                          United States District Judge